Thomas E. Johns, Doing Business under the Firm Name and Style of Harmony Talking Machine Company, Respondent, v. Edna Wilbur and A. Wilbur, Doing Business as Copartners under the Firm Name and Style of E. & A. Wilbur, Appellants.—Judgment unanimously affirmed, with costs.

Charles H. Kavanaugh, Who Sues in Behalf of Himself and All Other Stockholders of the Commonwealth Trust Company of New York (Formerly the Trust Company of the Republic), Who Are Situated Similarly with Himself, Appellant, v. Commonwealth Trust Company of New York and Others, Respondents.—Judgment affirmed, with costs. All concurred, except Kellogg, J., who dissented.

Frederick W. Mersereau and Another, Appellants, v. Charles W. Loomis, Individually and as Executor, etc., of Dianna Camp, Deceased, and Others, Respondents. (Action No. 1.) Frederick W. Mersereau and Another, Appellants, v. Charles W. Loomis, Individually and as Executor, etc., of Dianna Camp, Deceased, and Others, Respondents. (Action No. 2.) Frederick W. Mersereau and Another, Appellants, v. Charles W. Loomis, Individually and as Executor, etc., of Dianna Camp, Deceased, and Others, Respondents.—Motion granted, unless appellants have cases prepared and move them for argument at the next term of the court, in which case motion is denied.

In the Matter of the Claim of Anna de la Gardelle, Claimant, Appellant, for Compensation for Herself and Child for the Death of Peter de la Gardelle, against The Hampton Company, Employer, and Fidelity and Deposit Company of Maryland, Insurance Carrier, Respondents.—Motion granted.  Order to be submitted to the Attorney-General.

In the Matter of the Claim of James E. Harrison, Claimant, Respondent, for Compensation to Himself under the Workmen's Compensation Law, against Thomas F. Kane, Employer, and The Fidelity and Casualty Company of New York, Insurance Carrier, Appellants.—Award affirmed. All concurred.

In the Matter of the Claim of Daniel Costello, Claimant, Respondent, for Compensation under Workmen's Compensation Law, against George C. Taylor, as President of the American Express Company, Employer, Appellant.—Award affirmed.  All concurred.

Neil D. McNaughton, as Trustee of William Cappielo, Bankrupt, Respondent, v. The Rutland Railroad Company, Appellant.—Judgment and order unanimously affirmed, with costs.

Catherine McCann, Appellant, v. Arthur B. Van Loon, Respondent.—Judgment and order unanimously affirmed, with costs.

In the Matter of the Claim of Frank Yume, Respondent, for Compensation under the Workmen's Compensation Law, against Knickerbocker Portland Cement Company, Employer, and Employers' Liability Assurance Corporation, Ltd., Insurance Carrier, Appellants.—Award affirmed. All concurred.

In the Matter of the Claim of Daniel C. Hartnett, Respondent, for Compensation under the Workmen's Compensation Law, against Thomas J. Steen Company, Employer, and Employers' Liability Assurance